

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BALDWIN ALMANZAR,

    Plaintiff,

-against-

CITY OF NEW YORK et al.,

    Defendants.

20-CV-11021 (CM) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    By letter-motion dated March 15, 2022 (Dkt. No. 19), defendants requested that the individually named police officer defendant in this § 1983 action, Michael Abbruzzese, be excused from attendance at the April 11, 2022 settlement conference, and that a representative from the Comptroller's office be permitted to attend by telephone ("as needed") rather than in person. The Court scheduled a telephonic conference for 11:00 a.m. today to discuss defendants' requests. (Dkt. No. 20.) None of the attorneys listed as defendants' counsel of record appeared for the conference. Plaintiff's attorney did appear, and was able to answer the Court's questions concerning the efficacy of a settlement conference without Officer Abbruzzese.

    Defendants' letter-motion is GRANTED. Officer Abbruzzese need not attend the April 11 settlement conference. A representative from the Comptroller's Office, with settlement authority, need not attend in person but must be available via telephone throughout the conference.

    It is hereby ORDERED that attorney Christopher G. Arko, who signed defendants' March 15, 2022 letter, SHOW CAUSE in writing, no later than **March 30, 2022**, why the Court should not sanction him pursuant to Fed. R. Civ. P. 16(f)(1)(A) for his unexcused failure to appear at today's conference.

    It has come to the Court's attention that the other two attorneys listed as counsel of record for defendants in this action – Stephanie De Angelis and Adria Jasmine Bonillas – are no longer associated with the New York City Law Department. Consequently, it is further ORDERED that the Law Department shall take steps to request that De Angelis and Bonillas be withdrawn as counsel for defendants in this action pursuant to Local Civ. R. 1.4.

Dated: New York, New York
       March 21, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**