UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

BALDWIN ALMANZAR,

                                       Plaintiff,

                -against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, THE 47TH PRECINCT OF THE NEW YORK CITY POLICE DEPARTMENT, NEW YORK CITY POLICE OFFICER MICHAEL ABBRUZZESE, Tax ID #955701, Individually and in his official capacity as a New York City Police Officer, "'JOHN DOES" and "JANE DOES," Names being fictitious intended to be New York City Police Officers, Detectives, Sergeants, Captains, Lieutenants, Supervisors, and/or Officers, Employees, and/or Agents of the City of New York, the New York City Police Department, and/or the 47th Precinct of the New York City Police Department,

                                       Defendants.
---------------------------------------------------------------X

STIPULATION AND ORDER OF DISMISSAL

20 Civ. 11021 (CM)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
May ~~March~~ 4, 2022

DRUMMOND & SQUILLACE PLLC
*Attorneys for Plaintiff*
175-61 Hillside Ave. Suite 205
Jamaica, NY 11432

By: _____
Stephen Lloyd Drummond
*Attorney for Plaintiff*

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
City of New York
*Attorney for Defendants City of New York,
The New York City Police Department,
and Officer Michael Abbruzzese*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Christopher G. Arko
*Senior Counsel*

SO ORDERED:

_____
HON. COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE

Dated: _____, 2022

2